UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CONSTANCIO AZUETA and TELESFORO REYES,

   Plaintiffs,

v.

D AND A COFFEE LLC (DBA 12 CHAIRS CAFÉ) and RONEN GRADY, *jointly and severally*,

   Defendants.
-------------------------------------------------------------x

Civil Action No.: 1:21-cv-03523-MKV

**CORPORATE DISCLOSURE STATEMENT**

  This Corporate Disclosure Statement is filed on behalf of Defendant D AND A COFFEE LLC (DBA 12 CHAIRS CAFÉ), in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure.

  The undersigned counsel certifies that Defendant D and A Coffee LLC has no parent corporation or any publicly held corporation which owns 10% or more of its stock.

  **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: New York, New York
   July 12, 2021

           Respectfully submitted,

           **KOUTSOUDAKIS & IAKOVOU
           LAW GROUP, PLLC**

     By:  *Steven Siegler*
        Steven Siegler, Esq. (SS1224)
        90 Broad Street, 10th Floor
        New York, New York 10004

        Telephone: (212) 386-7606
        Facsimile: (332) 777-1884
        Email: steven@kilegal.com
        *Attorneys for D and A Coffee, LLC and Ronen Grady*