```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTANCIO AZUETA and TELESFORO REYES,

                Plaintiffs,

-against-

D AND A COFFEE LLC and RONEN GRADY,

                Defendants.

1:21-cv-3523 (MKV)

ORDER

---

**MARY KAY VYSKOCIL, United States District Judge:**

The Parties were directed to submit documents in anticipation of the Initial Pretrial Conference in this case one week in advance of the conference. [ECF No. 13]. No documents were filed by August 18, 2021. The Court then directed Parties to submit their joint letter and proposed case management plan by August 20, 2021 at 5:00pm. [ECF No. 14]. No documents were filed.

Accordingly, IT IS HEREBY ORDERED the Initial Pre-Trial Conference scheduled for August 25, 2021 at 4:00pm is adjourned to September 1, 2021 at 10:00am. Parties are admonished to comply with the Court's Individual Rules and must submit a joint letter and proposed case management plan one week in advance of the Initial Pre-Trial Conference. The Parties should further explain why they failed to comply with the Court's two previous orders. Failure to comply with this Order may result in sanctions, including preclusion of a claim or defense, or dismissal of this action.

**SO ORDERED.**

Date: August 20, 2021
New York, NY

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**