USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSTANCIO AZUETA, et al.,

      Plaintiffs,

-against-

D AND A COFFEE LLC, et al.,

      Defendants.

21-CV-3523 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's teleconference, all remaining fact discovery, including depositions, shall be completed no later than **February 11, 2022**.

Dated: New York, New York
      January 7, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**