USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CONSTANCIO AZUETA AND TELESFORO REYES

        ~~1:21-cv-07127-WFK-CLP~~
        1:21-CV-3523 (BCM)

        Plaintiffs,

-against-

D AND A COFFEE LLC (DBA 12 CHAIRS CAFÉ),
Ronen Grady,

        Defendants.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties in the above captioned action, through their undersigned counsel, and subject to approval by the Court, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action is dismissed with prejudice and without costs or attorney's fees as to any party except as referenced in the settlement agreement. The Court hereby retains jurisdiction over this matter to enforce the Settlement Agreement between the Parties.

Dated: July _, 2022

RAGLAN & STILLMAN LLP

By: _____
Lina Stillman, Esq.
42 Broadway, 12th Floor
New York, New York 10004
(212) 832-1000
LS@stillmanlegalpc.com
*Attorneys for Plaintiffs* Constancio Azueta and Telesforo Reyes Garcia

KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC

By: _____
Steven Siegler, Esq.
40 Wall Street, 49th Floor
New York, NY 10005
*Attorneys for Defendants* D and A Coffee LLC (DBA 12 Chairs Café) and Ronen Grady

DATED: 1/27/23

SO ORDERED: _____

~~D.C.J.~~
**Barbara Moses**
**United States Magistrate Judge**